**Clara Sue HUGHES, Petitioner,**

v.

**CLINCHFIELD COAL COMPANY; Director, Office of Workers' Compensation Programs, Respondents.**

No. 06–1912.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 19, 2007.

Decided: April 5, 2007.

Clara Sue Hughes, Petitioner Pro Se. Timothy Ward Gresham, Penn, Stuart & Eskridge, Abingdon, Virginia; Patricia May Nece, Emily Goldberg–Kraft, United States Department of Labor, Washington, D.C., for Respondents.

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clara Sue Hughes seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. *Hughes v. Clinchfield Coal Co.,* No. 06–0138–BLA (B.R.B. July 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*